JOHN-LOUIS H. DELL, ESQ. (SBN 344873)
Email: John@Louisdell.com
LOUIS P. DELL, ESQ. (SBN 164830)
Email: Ldell@Louisdell.com
LAW OFFICE OF LOUIS P. DELL
715 South Victory Blvd.
Burbank, CA 91502
(818)478-2822

Attorneys for Plaintiff,
RIKKI SWEET

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIKKI SWEET,<br><br>        Plaintiff,<br><br>vs.<br><br>ASSET CAPITAL RECOVERY GROUP, LLC,<br>LAW OFFICES OF KENOSIAN & MIELE, LLP,<br>JOHN P. KENOSIAN,<br>AND DOES 1-10,<br>        DEFENDANTS | CASE NO: 5:24−cv−00274−SSS−SHK<br><br>NOTICE OF SETTLEMENT |

- 1 –

NOTICE OF SETTLEMENT

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff Rikki Sweet and Defendants Asset Capital Recovery Group, LLC, Law Offices Of Kenosian & Miele, LLP, John P. Kenosian have settled all claims in this matter. A dismissal of entire action will be filed once the settlement process is completed which is expected to take no more than 30-days.

Dated: December 20, 2024        Law Office of Louis P. Dell

/s/ John-Louis Dell
Attorney for Plaintiff,
RIKKI SWEET