IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIKKI SWEET, | CASE NO: 5:24-cv-00274-SSS-SHKx |
| Plaintiff, | |
| | ORDER FOR DISMISSAL |
| vs. | |
| | |
| ASSET CAPITAL RECOVERY GROUP, LLC, LAW OFFICES OF KENOSIAN & MIELE, LLP, JOHN P. KENOSIAN, AND DOES 1-10, | |
| DEFENDANTS | |

- 1 –

ORDER FOR DISMISSAL

Having read and considered Plaintiff Rikki Sweet, and all Defendants Asset Capital Recovery Group, LLC, Law Office Of Kenosian & Miele, LLP, John P. Kenosian's stipulation for dismissal, and all pleadings and exhibits already on file with this court, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. Each party to bear his/her/its own costs and attorney fees, except as provided by any settlement agreement.

IT IS SO ORDERED:

Dated:  January 24, 2025

Sunshine S. Sykes
U.S. District Court Judge